Order issued November 20 , 2012



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-01428-CV

**ENNIS REGIONAL MEDICAL CENTER, ET AL., Appellants**

**V.**

**BRENDA CRENSHAW, INDIVIDUALLY AND AS NEXT FRIEND FOR MINORS DEVEN COLLINS, JACOBIE COLLINS, AND LONNIE COLLINS, III, Appellees**

## ORDER

We **GRANT** the November 12, 2012 unopposed motion for an extension of time to file a brief filed by appellant, Texas Health Presbyterian Hospital Dallas. Appellant shall file its brief on or before December 3, 2012.

ELIZABETH LANG-MIERS
JUSTICE